**ENTER JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN MAGDOVITZ, | Case No. CV-09-8736-R |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| RUMSON, BOLLING & ASSOCIATES, | |
| Defendants. | |

THE COURT having been advised by the counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 40 days, to reopen the action if the settlement is not consummated.  The Court reserves its jurisdiction for the purpose of enforcing the settlement.

Dated  Feb. 18, 2010

_____
MANUEL L. REAL
United States District Judge